*ORIGINAL*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 1 6 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA    )
    )
VS.    )    CASE NO.:  3:07-CR-235-M (01)
    )
ARTAVIUS BERTRELL WILSON    )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

ARTAVIUS BERTRELL WILSON, by consent, under authority of United States v. Dees,

125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has

entered a plea of guilty to Count(s) 1 and 2 of the Indictment.  After cautioning and examining

ARTAVIUS BERTRELL WILSON under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged are supported by an independent basis in fact containing each of the essential elements of

such offense.  I therefore recommend that the plea of guilty be accepted, and that ARTAVIUS

BERTRELL WILSON be adjudged guilty and have sentence imposed accordingly.

Date:   October 16, 2007

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).